IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SPENCER GARDNER,<br><br>    Plaintiff,<br><br>vs.<br><br>MISSOULA COUNTY; MISSOULA COUNTY SHERIFF DEPARTMENT; SHERIFF TJ McDERMOTT; UNDERSHERIFF RICHARD MARICELLI; COMMANDER JASON KOWALSKI; ADC GARY EVANS; SHIFT COMMANDER SGT. MULLER; SGT. COLE MODEN; RYAN LANE; LCSW AMY CHESEBRO; CAMERON BREWER; JASON HENRY; JOSHUA MEIER; DONOVAN VAN NOTE; D'ARCY REUTERDAHL; MATTHEW KARELS; and BRY TOWNSLEY,<br><br>    Defendants. | Cause No. CV 19-150-M-KLD<br><br>ORDER |

    Plaintiff Spencer Gardner filed this action under 42 U.S.C. § 1983 on August 29, 2019, alleging various violations of his civil rights while he was in custody at the Missoula County Detention Center. He now moves to dismiss the case as all parties have reached a settlement. *See* Pl. Mot. to Dismiss (Doc. 67). The motion is unopposed.

1

Accordingly, IT IS ORDERED:

1. Gardner's motion to dismiss (Doc. 67) is GRANTED.

2. The clerk shall enter, by separate document, a judgment of dismissal.

DATED this 27th day of May, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge